**FORM 3**

## UNITED STATES COURT OF INTERNATIONAL TRADE

**NEXTEEL CO., LTD.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

**SUMMONS**
**Court No. 26-04697**

**TO:** The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Gina Justice
Clerk of the Court

---

1. NEXTEEL Co., Ltd. ("NEXTEEL") participated as a mandatory respondent in the proceeding before the U.S. Department of Commerce ("Commerce") that resulted in the contested determination. NEXTEEL was an interested party within the meaning of 19 U.S.C. § 1677(9)(A). Accordingly, NEXTEEL has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
(Name and standing of plaintiff)

2. Plaintiff contests certain aspects of Commerce's final results in the 2023-2024 antidumping duty administrative review of Oil Country Tubular Goods from the Republic of Korea. *See Certain Oil Country Tubular Goods from the Republic of Korea: Final Results of Antidumping Duty Administrative Review; 2023-2024,* 91 Fed. Reg. 60,583 (Dept. Comm., Sep. 24, 2026) ("*Final Results*"). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days of the publication in the Federal Register of the *Final Results*, and is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A).
(Brief description of contested determination)

3. Commerce issued its *Final Results* on September 14, 2026.
(Date of determination)

4. Commerce published its *Final Results* on September 24, 2026.
(If applicable, date of publication in Federal Register of notice of contested determination)

Respectfully submitted by:

/s/ J. David Park

J. David Park
Henry D. Almond
Kang Woo Lee
Archana Rao Vasa
Sally Alghazali
Jennifer "Ellie" Farrin

*Counsel to NEXTEEL Co., Ltd.*
*Plaintiff*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, D.C. 20001
Phone: (202) 942-5646
Fax: (202) 942-5999
E-mail: david.park@arnoldporter.com

/s/ J. David Park
Signature of Plaintiff's Attorney

October 22, 2026
Date

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW, Room 12124
Washington, DC 20530

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

**CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES**

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, J. David Park, hereby certify that on October 22, 2026, I caused the foregoing Summons, Form 5, Form 11, Form 13, and Form 17 to be served by certified mail, return receipt requested, and notified all interested parties who were a party to the proceeding below as follows:

On Behalf of SeAH Steel Corporation:
Jeffrey M. Winton, Esq.
Winton & Chapman PLLC
1100 13th Street NW, Suite 825
Washington, DC 20005
jwinton@jmwinton.com

On Behalf of Hyundai Steel Company et al.:
Jarrod M. Goldfeder, Esq.
Trade Pacific PLLC
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC 20003
jgoldfeder@tradepacificlaw.com

On Behalf of Husteel Co., Ltd.:
Brady W. Mills, Esq.
Taft Stettinius & Hollister LLP
1333 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036
bmills@taftlaw.com

On Behalf of Axis Pipe and Tube, LLC et al.:
Roger B. Schagrin, Esq.
Schagrin Associates
900 7th Street, NW, Suite 500
Washington, DC 20001
rschagrin@schagrinassociates.com

On Behalf of United States Tubular Products, Inc.:
Thomas M. Beline, Esq.
Cassidy Levy Kent (USA) LLP
2112 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20037
tbeline@cassidylevy.com

/s/ J. David Park
J. David Park
Arnold & Porter Kaye Scholer LLP

# CERTIFICATE OF SERVICE

I, J. David Park, of the law firm of Arnold & Porter Kaye Scholer LLP, hereby certify that on October 22, 2026, I caused copies of the foregoing Summons, Form 5, Form 11, Form 13, and Form 17 by to be served by certified mail, return receipt requested:

**Upon the United States:**
Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW, Room 12124
Washington, DC 20530

**Upon the Department of Commerce:**
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitutional Ave., NW
Washington DC 20230

/s/ J. David Park
J. David Park
Arnold & Porter Kaye Scholer LLP