FORM 13

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

# DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by J. David Park
(Name of attorney of record)
on behalf of NEXTEEL Co., Ltd. in the matter of NEXTEEL Co., Ltd. v. United States,
Court No. 26-04697.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

NEXTEEL Co., Ltd. is a publicly traded Korean company listed on the Korea Exchange (KRX) under the ticker symbol 092790.
The company has no publicly-owned related parties or affiliates.

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest. If not, identify below the real party in interest.

NEXTEEL Co., Ltd. is the real party in interest

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

Not applicable

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

Not applicable

J. David Park
Signature of Attorney

October 22, 2026
Date

Arnold & Porter Kaye Scholer LLP
Firm

601 Massachusetts Ave., NW,
Street Address

Washington D.C., 20001-3743
City, State and Zip Code

202-942-5646
Telephone Number

David.Park@aronldporter.com
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)