Form 17-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **NEXTEEL CO., LTD.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **Court No. 26-04697** |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

J. David Park ____________________ certifies that

1. I am

[X] an attorney at the law firm of Arnold & Porter Kaye Scholer LLP; or an attorney in the corporate legal department of ________________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

[ ] a consultant employed by ______________________________________.

2. I represent, or am retained by or on behalf of

[X] a party to this action

[ ] an interested party that has filed a motion to intervene in this action, which is identified below:
_________________________________________________________.

3. I was

[X] granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

[ ] not subject to an administrative protective order in the administrative

Form 17-2

proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

[X] (for attorneys) not involved in competitive decision making for the interested party I represent.

[ ] (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ J. David Park
Attorney
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue N.W.
Washington, DC 20001
(202) 942-5646

Date: October 22, 2026

Form 17-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **NEXTEEL CO., LTD.,** | |
| **Plaintiff,** | |
| **v.** | **Court No. 26-04697** |
| **UNITED STATES,** | |
| **Defendant.** | |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Henry D. Almond __________________ certifies that

1. I am

[X] an attorney at the law firm of Arnold & Porter Kaye Scholer LLP; or an attorney in the corporate legal department of __________________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

[ ] a consultant employed by __________________________________________.

2. I represent, or am retained by or on behalf of

[X] a party to this action

[ ] an interested party that has filed a motion to intervene in this action, which is identified below:
_______________________________________________________________.

3. I was

[X] granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

Form 17-2

[ ] not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

[X] (for attorneys) not involved in competitive decision making for the interested party I represent.

[ ] (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Henry D. Almond
Attorney
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue N.W.
Washington, DC 20001
(202) 942-5698

Date: October 22, 2026

Form 17-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | | |
|---|---|---|
| **NEXTEEL CO., LTD.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Court No. 26-04697** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Kang Woo Lee ____________________ certifies that

1. I am

   [X] an attorney at the law firm of Arnold & Porter Kaye Scholer LLP; or an attorney in the corporate legal department of ________________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

   [ ] a consultant employed by ______________________________________.

2. I represent, or am retained by or on behalf of

   [X] a party to this action

   [ ] an interested party that has filed a motion to intervene in this action, which is identified below:
   ____________________________________________________________.

3. I was

   [X] granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

Form 17-2

[ ] not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

[X] (for attorneys) not involved in competitive decision making for the interested party I represent.

[ ] (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Kang Woo Lee
Attorney
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue N.W.
Washington, DC 20001
(202) 942-6906

Date: October 22, 2026

Form 17-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | | |
|---|---|---|
| **NEXTEEL CO., LTD.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | ) | **Court No. 26-04697** |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Archana Rao Vasa ________________ certifies that

1. I am

   [X] an attorney at the law firm of Arnold & Porter Kaye Scholer LLP; or an attorney in the corporate legal department of ________________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

   [ ] a consultant employed by ________________________________________.

2. I represent, or am retained by or on behalf of

   [X] a party to this action

   [ ] an interested party that has filed a motion to intervene in this action, which is identified below: ______________________________________________________________.

3. I was

   [X] granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

   [ ] not subject to an administrative protective order in the administrative

proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

[X] (for attorneys) not involved in competitive decision making for the interested party I represent.

[ ] (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Archana Rao Vasa
Attorney
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue N.W.
Washington, DC 20001
(202) 942-5646

Date: October 22, 2026

Form 17-3

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | | |
|---|---|---|
| **NEXTEEL CO., LTD.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Court No. 26-04697** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Sally Alghazali ____________________ certifies that

1. I am

[X] an attorney at the law firm of Arnold & Porter Kaye Scholer LLP; or an attorney in the corporate legal department of ________________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

[ ] a consultant employed by ________________________________________.

2. I represent, or am retained by or on behalf of

[X] a party to this action

[ ] an interested party that has filed a motion to intervene in this action, which is identified below:
______________________________________________________________.

3. I was

[X] granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

[ ] not subject to an administrative protective order in the administrative

Form 17-4

proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

[X] (for attorneys) not involved in competitive decision making for the interested party I represent.

[ ] (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Sally Alghazali
Attorney
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue N.W.
Washington, DC 20001
(202) 942-6859

Date: October 22, 2026

Form 17-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | | |
|---|---|---|
| **NEXTEEL CO., LTD.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Court No. 26-04697** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Jennifer "Ellie" Farrin ______________ certifies that

1. I am

[X] an attorney at the law firm of Arnold & Porter Kaye Scholer LLP; or an attorney in the corporate legal department of __________________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

[ ] a consultant employed by __________________________________________.

2. I represent, or am retained by or on behalf of

[X] a party to this action

[ ] an interested party that has filed a motion to intervene in this action, which is identified below:
__________________________________________________________________.

3. I was

[X] granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

[ ] not subject to an administrative protective order in the administrative

Form 17-2

proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

[X] (for attorneys) not involved in competitive decision making for the interested party I represent.

[ ] (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Jennifer "Ellie" Farrin
Attorney
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue N.W.
Washington, DC 20001
(202) 942-5445

Date: October 22, 2026

Form 17-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **NEXTEEL CO., LTD.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **Court No. 26-04697** |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Eric Johnson ____________________ certifies that

1. I am

[ ] an attorney at the law firm of ______________________________; or an attorney in the corporate legal department of _______________________, and I have read and am familiar with the Rules of the United States Court of International Trade.

[X] a consultant employed by Arnold & Porter Kaye Scholer LLP __________.

2. I represent, or am retained by or on behalf of

[X] a party to this action

[ ] an interested party that has filed a motion to intervene in this action, which is identified below:
__________________________________________________________.

3. I was

[X] granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

[ ] not subject to an administrative protective order in the administrative

Form 17-2

proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

[ ] (for attorneys) not involved in competitive decision making for the interested party I represent.

[X] (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Eric Johnson
Consultant
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue N.W.
Washington, DC 20001
(202) 942-6624

Date: October 22, 2026

Form 17-1

**ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS**

1. Certification by the consultant:

In this action, my access to business proprietary information will be under the direction and control of J. David Park, an attorney at the law firm of Arnold & Porter Kaye Scholer LLP, who has provided the following certification.

/s/ Eric Johnson
Consultant
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue N.W.
Washington, DC 20001
(202) 942-6624

Date: October 22, 2026

(2) Certification by the attorney who is responsible for the direction and control of the consultant's access to business proprietary information:

I am an attorney at the law firm of Arnold & Porter Kaye Scholer LLP and am admitted to practice before the United States Court of International Trade. I have met the criteria for access to business proprietary information under Rule 73.2(c) of the Rules of the United States Court of International Trade. I will exercise direction and control over the access to business proprietary information by the consultant who submits this Certification, and agree to assume responsibility for the consultant's compliance with the terms of Rule 73.2(c) and Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ J. David Park
Attorney
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue N.W.
Washington, DC 20001
(202) 942-5646

Date: October 22, 2026