**FORM 11**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | | |
|---|---|---|
| **NEXTEEL CO., LTD.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Court No. 26-04697** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the rules of the United States Court of International Trade, the undersigned appear as attorneys for Plaintiff, NEXTEEL Co., Ltd., in this action and request that all papers be served on them.

The individual attorney in the undersigned firm who is responsible for the litigation is J. David Park.

Respectfully submitted,

*/s/ J. David Park* Dated: October 22, 2026

J. David Park
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Phone: +1 202.942.5646
Email: David.Park@arnoldporter.com

*/s/ Henry D. Almond* Dated: October 22, 2026

Henry D. Almond
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Phone: +1 202.942.5698
Email: Henry.Almond@arnoldporter.com

*/s/ Kang Woo Lee* Dated: October 22, 2026
Kang Woo Lee
ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C. 20001
PHONE: +1 202.942.6906
EMAIL: Kangwoo.Lee@arnoldporter.com

*/s/ Archana Rao P. Vasa* Dated: October 22, 2026
Archana Rao P. Vasa
ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C. 20001
PHONE: +1 202.942.6630
EMAIL: Archana.Vasa@arnoldporter.com

*/s/ Sally Alghazali* Dated: October 22, 2026
Sally Alghazali
ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C. 20001
PHONE: +1 202.942.6859
EMAIL: Sally.Alghazali@arnoldporter.com

*/s/ Ellie Farrin* Dated: October 22, 2026
Jennifer "Ellie" Farrin
ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C. 20001
PHONE: +1 202.942.5445
EMAIL: Ellie.Farrin@arnoldporter.com